**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JUAN A. PEREZ, JR. | ) | BANKRUPTCY NO. 08-14103-REG |
| CASSANDRA PEREZ | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

| | | |
|---|---|---|
| Claim No. 6 | PYOD LLC its successors and assignee of Citibank | $4.01 |
| Claim No. 7 | PYOD LLC its successors and assignee of Citibank | $3.79 |
| Claim No. 8 | Chase Bank USA, c/o Creditors Bankruptcy Service | $1.18 |
| Claim No. 16 | GE Money Bank dba Sam's Club | $1.91 |
| Claim No. 17 | GE Money Bank dba Old Navy | $2.79 |

Dated: August 12, 2010        Respectfully Submitted,

/s/ Edward Chosnek
Trustee
P.O. Box 708, Lafayette, Indiana  47902
Telephone:  (765) 742-9081
E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 12th day of August, 2010, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. Juan Perez and Cassandra Perez, 4052 Olivene Cove, New Haven, IN 46774
3. GE Money Bank, c/o Recovery Mgmt Systems Corp, 25 SE 2nd Ave., Ste 1120, Miami FL 33131
4. Chase Bank USA, c/o Creditors Bankruptcy Service, P.O. Box 740933, Dallas TX 75374
5. PYOD LLC its successors and as assignee of Citibank, P.O. Box 10587, Greenville SC 29603-0587

/s/ Edward Chosnek